CRAIG CARPENITO
United States Attorney
PETER G. VIZCARRONDO
ALLAN B. K. URGENT
Assistant United States Attorneys
401 Market Street, 4th Floor
Camden, NJ 08101
Tel: (856) 757-5412

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN R.V., | HON. CLAIRE C. CECCHI |
| *Petitioner,* | *Civil Action No.* 20-5225 (CCC) |
| v. | **ORDER** |
| JOHN TSOUKARIS, *et al.*, | |
| *Respondents.* | |

This matter having come before the Court upon Respondents' letter application, dated May 26, 2020 (ECF No. 12), requesting leave to file a supplemental response to the Petition for a Writ of Habeas Corpus and Motion for a Temporary Restraining Order and consenting to Petitioner filing a supplement to his reply brief; the Court having considered the matter; and for good cause shown;

IT IS on this 3rd day of June 2020,

ORDERED that Respondents' request to file a supplemental response to the Petition for a Writ of Habeas Corpus and Motion for a Temporary Restraining Order is GRANTED; and it is further

ORDERED that Petitioner shall be permitted to file a supplement to his reply brief.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.