CRAIG CARPENITO
United States Attorney
PETER G. VIZCARRONO
ALLAN B. K. URGENT
Assistant United States Attorneys
401 Market Street, 4th Floor
Camden, NJ 08101
Tel: (856) 757-5412

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN R.V., <br><br> *Petitioner,* <br><br> v. <br><br> JOHN TSOUKARIS, *et al.*, <br><br> *Respondents.* | HON. CLAIRE C. CECCHI <br><br> *Civil Action No.* 20-5225 (CCC) <br><br> **ORDER** |

Respondents having filed a motion to seal their response and accompanying exhibits, the Court makes the following findings of fact and conclusions of law, pursuant to Local Civil Rule 5.3(c):

1. The Court finds that the Petition and Motion for a Temporary Restraining Order raise issues implicating Petitioner's health.

2. The Court finds that it is necessary for Respondents to provide available medical records for Petitioner to address the issues raised in the Petition.

3. The Court finds that the medical records at issue contain confidential and private information concerning Petitioner's health.

4. The Court finds that disclosure of those records to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure

of confidential and private information and could injure Petitioner's interest in keeping such information confidential and private.

5. The Court finds that, because the documents at issue are relevant to issues raised in the Petition and Motion for a Temporary Restraining Order, a less restrictive alternative to sealing the records is not available.

6. Accordingly, the Court finds that good cause exists to seal the documents at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994) and Local Civil Rule 5.3(c). The Court therefore permits the requested documents to be maintained under seal.

Dated: June 4, 2020

_____
HONORABLE CLAIRE C. CECCHI, U.S.D.J.
United States District Court