IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Marvin Alonso REYES VENTURA,<br><br>*Petitioner/Plaintiff*,<br><br>v.<br><br>John TSOUKARIS, et al.,<br><br>*Respondents/Defendants*. | Civ. No.: 2:20-05225-CCC<br><br>**ORDER GRANTING MOTION TO SEAL AN EXHIBIT IN SUPPORT OF PETITIONER'S VERIFIED PETITION FOR WRIT OF HABEAS CORPUS** |

**THIS MATTER** having come before the Court upon motion of Petitioner for entry of an order sealing a certain exhibit, and for good cause shown,

**IT IS**, on this 18th day of June, 2020;

**ORDERED** as follows:

1. Exhibit B [ECF No. 1-3] in support of the Verified Petition for Writ of Habeas Corpus contains highly sensitive information, including legally protected medical and mental-health information.

2. The Court having considered this matter pursuant to Local Civil Rule 5.3, finds that Petitioner has established good cause for his motion to seal. The Court further finds that Petitioner has a legitimate interest in protecting himself against invasion of his right to privacy and disclosure of his legally protected medical and mental-health information. The public interest in maintaining the confidentiality of Petitioner's health information is strong, including the interest in allowing Petitioner and those similarly situated to vindicate their constitutional rights without fear of intrusion upon their privacy interests.

3. The Court further finds that Petitioner would suffer serious and specific harm if such information was released to the public.

Therefore, Petitioner's motion to seal is **GRANTED** to the extent that ECF No. 1-3, in its entirety, is hereby **SEALED**.

**SO ORDERED**.

_____
U.S.D.J. Claire C. Cecchi